**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| PEDRO ANTONIO ARDILA CORTES, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | No. 2:26-cv-02941-SHL-cgc |
| CHRISTOPHER BULLOCK, Field Office Director of U.S. Immigration and Customs Enforcement, New Orlean Field Office,[1] | ) ) ) ) | |
| Respondent. | ) ) | |

**ORDER STAYING TRANSFER AND ORDERING RELEASE OR RESPONSE**

On July 27, 2026, pro se Petitioner Pedro Antonio Ardila Cortes filed the Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241.[2]  (ECF No. 2.)  He challenges his detention without a bond hearing.  (Id. at PageID 2.)

This is now the second habeas petition from Ardila Cortes, after his April 27 petition was granted and he was released from custody on May 21.  (See Ardila Cortes v. Warden, No. 26-cv-02476 (W.D. Tenn. filed Apr. 27, 2026), ECF Nos. 1, 17.)  In its May 21 order, the Court enjoined Respondent from pursuing Ardila Cortes's detention under 8 U.S.C. § 1225(b)(2)(A).  (ECF No. 15 at PageID 72.)  Nevertheless, he was re-arrested on June 30 during "a scheduled

---

[1] The only proper Respondent in this action is Christopher Bullock, Field Office Director of Enforcement and Removal Operations, New Orleans Field Office, Immigration and Customs Enforcement.  See Rosciszewski v. Adducci, 983 F. Supp. 2d 910, 913–14 (E.D. Mich. 2013) ("[T]he ICE District Director is the proper respondent in a habeas petition brought by an alien, since the District Director has power over such aliens.").  Accordingly, the Warden of the West Tennessee Detention Facility, the Acting Director of U.S. Immigration and Customs Enforcement, Markwayne Mullin, and Todd Blanche are dismissed from the case.

[2] Along with the Petition, Ardila Cortes filed an Emergency Motion for Temporary Restraining Order and Preliminary Injunction.  (ECF No. 3.)  Because the motion seeks relief duplicative of that sought in the Petition, it is **DENIED AS MOOT**.

supervision check-in at the ICE ISAP office." (ECF No. 2 at PageID 5.)  Ardila Cortes states that "was not arrested on any criminal charge and did not fail to comply with any condition of his supervision."  (Id.)

Upon review of the Petition, it is **ORDERED** as follows:

(1)     The Clerk of Court shall email copies of **the Petition and this Order** to the United States Attorney for the Western District of Tennessee at the following email address: **stuart.canale@usdoj.gov**.

(2)     Within **three business days** of this Order, Respondent shall either immediately release Petitioner in light of this Court's decision in <u>Ardila Cortes v. Warden</u>, No. 26-cv-02476 (W.D. Tenn. May 21, 2026), or respond to the Petition, explaining how Petitioner's position has changed since the Court's Order Granting Petition (No. 26-02476, ECF No. 15).

(3)     If Respondent releases Petitioner, Respondent shall file a Status Report **within three business days**.

(4)     If Respondent chooses to file a response in lieu of releasing Petitioner, Petitioner may file a reply **within five business** days of receiving Respondent's response.

(5)     Respondent shall not transfer Petitioner out of the West Tennessee Detention Facility during the pendency of the Petition.

**IT IS SO ORDERED,** this 30th day of July, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE