**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | |
|---|---|
| PEDRO ANTONIO ARDILA CORTES,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER BULLOCK, New Orleans Field Office Director of Immigration and Customs Enforcement, Enforcement and Removal Operations,<br><br>Respondent. | No. 2:26-cv-02941-SHL-cgc |

**ORDER GRANTING IN PART AND DENYING IN PART PETITIONER'S EMERGENCY MOTION TO ENFORCE THE COURT'S JULY 30, 2026 ORDER**

Before the Court is Petitioner Ardila Cortes' Emergency Motion to Enforce the Court's July 30, 2026 Order and for Immediate Release, filed August 24, 2026. (ECF No. 7.) On July 30, 2026, the Court entered an Order, (ECF No. 6), staying Mr. Ardila Cortes' transfer, and directing Respondent, on or before August 4, 2026, to either release him in light of the Court's decision in Ardila Cortes v. Warden, No. 26-cv-02476 (W.D. Tenn. May 21, 2026), or respond to his Petition, explaining how his position has changed since the Court's prior Order Granting Petition (No. 26-02476, ECF No. 15). The deadline has expired. Respondent has neither notified the Court that Mr. Ardila Cortes has been released, nor filed the required response. Respondent also has not sought an extension of time or otherwise explained his failure to comply with the Court's Order.

The Motion is **GRANTED IN PART**, and **DENIED IN PART**. It is **GRANTED** to the extent that Mr. Ardila Cortes seeks enforcement and clarification of the Court's July 30 Order, and reaffirmation that Respondent shall not transfer him out of the West Tennessee Detention Facility. The Motion is **DENIED** to the extent that Mr. Ardila Cortes requests that the Court

grant his underlying petition, or treat Respondent's failure to respond as a waiver of all opposition to the petition. Accordingly, Respondent is **ORDERED** as follows:

(1) Respondent shall file, **no later than August 28, 2026**, (a) a Status Report notifying the Court that Mr. Ardila Cortes has been released, or (b) a motion seeking leave to file an untimely response under Federal Rule of Civil Procedure 6(b)(1)(B) that demonstrates good cause and excusable neglect for the failure to comply with the Court-ordered deadline. If Respondent files the latter motion, he shall, therein, explain his position as to the underlying Petition.

(2) If Respondent seeks leave to file a late response in lieu of releasing Petitioner, Petitioner may file a reply **within five business days** of receiving Respondent's response.

(3) The Clerk of Court shall email copies of **the Petition and this Order** to the United States Attorney for the Western District of Tennessee at the following email address: **stuart.canale@usdoj.gov**.

(4) Respondent shall not transfer Petitioner out of the West Tennessee Detention Facility during the pendency of the Petition.

**IT IS SO ORDERED,** this 26th day of August, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE